

ORDERED in the Southern District of Florida on May 25, 2012.

Erik P. Kimball, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                             Case No. 12-16885-EPK

JOHNNY KINCAIDE, JR.,                              Chapter 7

    Debtor.
_____/

### ORDER TO SHOW CAUSE WHY DEBTOR SHOULD NOT BE SANCTIONED

THIS MATTER came before the Court *sua sponte*. On May 10, 2012, the Court entered its *Amended Order for Relief in Involuntary Case and Order Setting Deadline for Filing Schedules, Statements and Other Documents* [ECF No. 64] (the "Order for Relief").

In the Order for Relief, the Court set a May 17, 2012 deadline for Johnny Kincaide, Jr. (the "Debtor") to file a creditor matrix pursuant to Fed. R. Bankr. P. 1007(a)(2). The Court also set a May 24, 2012 deadline for the Debtor to file other required schedules and documents. The Debtor has failed to comply with the above-listed deadlines.

Accordingly, it is **ORDERED** that the Debtor shall appear before this Court for hearing on May 31, 2012 at 9:30 a.m. at the United States Bankruptcy Court, Courtroom B,

8th Floor, 1515 North Flagler Drive, West Palm Beach, Florida 33401 to show cause why the

Court should not enter appropriate sanctions.

###

Copies furnished to:

Johnny Kincaide, Esq.
2255 Glades Rd #324A
Boca Raton, FL 33431

Scott Alan Orth, Esq.
3880 Sheridan St.
Hollywood, FL 33021

Deborah Menotte
POB 211087
West Palm Beach, FL 33421

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

*Johnny Kincaide, Esq. is directed to serve a copy of this Order upon all appropriate parties not listed above and to file a certificate of service with the Court.*