

**ORDERED in the Southern District of Florida on May 31, 2012.**

Erik P. Kimball, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                          Case No. 12-16885-EPK

JOHNNY KINCAIDE, JR.,                          Chapter 7

      Debtor.
_____/

ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING
DEADLINE FOR DEBTOR TO FILE REQUIRED DOCUMENTS

THIS MATTER came before the Court for hearing on May 31, 2012 pursuant to this Court's *Order to Show Cause Why Debtor Should Not Be Sanctioned* [ECF No. 70] (the "Order to Show Cause").  For the reasons stated on the record, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

    1.    The Order to Show Cause [ECF No. 70] is DISCHARGED.

    2.    The Debtor shall file all documents mandated by this Court's *Amended Order for Relief in Involuntary Case and Order Setting Deadline for Filing Schedules, Statements and Other Documents* [ECF No. 64] no later than 4:30 p.m. on June 7, 2012.

###

Copies furnished to:

All parties of record by the Clerk of Court.